### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

      v.                                **CRIM. NO. 15-285 (PAD)**

**LUIS ANGEL LOPEZ-NUNCI,**

    **Defendant**.

### ORDER

    The Court has evaluated the Report and Recommendation made by U.S. Magistrate Camille L. Velez-Rive regarding the Rule 11 proceeding of defendant, Luis Angel Lopez-Nunci (Docket No. 7), to which no objection has been filed.  The Court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea of defendant is therefore accepted and the defendant is adjudged guilty as to Counts One and Two of the Information.

    This case was referred to the U.S. Probation Officer for preparation of a Presentence Report on April 23, 2015.

    The Sentencing Hearing is set for August 24, 2015 at 9:30 a.m.

    **SO ORDERED.**

    In San Juan, Puerto Rico, this 2nd day of June, 2015.

                                                                S/Pedro A. Delgado-Hernández
                                                              PEDRO A. DELGADO HERNANDEZ
                                                               United States District Judge